# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, FOR THE USE OF | : | |
| | : | |
| SOUTHEASTERN STUD & COMPONENTS, INC., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | 7:07-cv-077 (HL) |
| | : | |
| AMERICAN EAGLE DESIGN BUILD STUDIOS, LLC, ARCH INSURANCE COMPANY, SRC CONSTRUCTION, INC., | : | |
| | : | |
| AND | : | |
| | : | |
| AMERICAN EAGLE COMMUNITIES, LLC, SALVATORE R. CARABETTA, CEI INVESTMENT CORP., MOODY FAMILY HOUSING LLC, and SHAW INFRASTRUCTURE, INC., | : | |
| | : | |
| Defendants. | : | |

## O R D E R

Currently pending before this Court is an Amended Motion for and Notice of Request to Withdraw as Counsel (doc. 69). Specifically, E. Tyron Brown, Michael J. Goldman, Kenneth Sisco, Alex M. Barfield and the law firm of Hawkins & Parnell, LLP ("Defense Counsel") move this Court for an order permitting them to withdraw as counsel for Defendants American Eagle Design Build Studios, LLC ("AEDBS") and American Eagle Communities, LLC ("AEC") in the above-captioned lawsuit.

It has come to the Court's attention that AEDBS and AEC have secured alternate

representation as evidenced by the Entry of Appearance and Substitution of Counsel for American Eagle Design Build Studios, LLC and American Eagle Communities, LLC (doc. 99) filed on February 20, 2008 by Jack G. Kowalski, Brad Baldwin, and Danielle J. Cole. The Court is also in receipt of a voicemail message left by Danielle Cole indicating that her law firm, Burr & Forman, LLP has taken over representation of AEDBS and AEC, relieving the law firm of Hawkins & Parnell, LLP and the above-mentioned attorneys. Based on the foregoing, the Court is satisfied that AEDBS and AEC have secured competent counsel and will not have to defend this complex lawsuit unrepresented. As a result, the need to conduct the hearing scheduled for Tuesday, February 26, 2008 at 9:30 am in Courtroom "B" has been obviated. Accordingly, the February 26th hearing is CANCELLED, and Defense Counsel's motion to withdraw is GRANTED.

SO ORDERED, this 21st day of February, 2008.

/s/ *Hugh Lawson*
HUGH LAWSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT

HL/cbb