IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| SOUTHEASTERN STUD & COMPONENTS, INC., : : : | |
| Plaintiff, : : | |
| v. : : | Case No. 7:07-CV-77 (HL) |
| AMERICAN EAGLE DESIGN BUILD STUDIOS, LLC, ARCH INSURANCE COMPANY, SRC CONSTRUCTION INC., : : : : : | |
| and : : | |
| AMERICAN EAGLE COMMUNITIES, LLC, SALVATORE R. CARABETTA, CEI INVESTMENT CORP., MOODY FAMILY HOUSING LLC and SHAW INFRASTRUCTURE, INC., : : : : : : | |
| Defendants. : | |

## ORDER

This Court has reviewed the status reports filed by the parties in this case (Docs. 162-165) pursuant to this Court's Order dated January 22, 2010 (Doc. 161). The Court orders the following:

1.  The Court will not put this case down for trial at the March trial term in Valdosta. However, the Court will put this case down for the following trial term in Valdosta, which is currently scheduled for October 2010.

2.     The parties are ordered to conclude all discovery, all alternative dispute resolution, and any other matter that must be concluded in order for this case to proceed to trial.  If this case is not settled, arbitrated or dismissed by October, this case will go to trial and the parties must be ready.  Absent exigent circumstances, this case will not be continued again.

**SO ORDERED**, this the 2nd day of February, 2010.


*s/  Hugh Lawson*
HUGH LAWSON, Senior Judge

jch