IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, FOR THE USE OF SOUTHEASTERN STUD & COMPONENTS, INC., : : : : Plaintiff, : : v. : : AMERICAN EAGLE DESIGN BUILD STUDIOS, LLC, et al., : : : Defendant. : _____ : | Civil Action No. 7:07-CV-77 (HL) |

## ORDER

The Court held a telephone conference with the parties on September 27, 2010. The parties notified the Court that they had agreed to a term of settlement of all claims by the Plaintiff against the Defendants. Since the Plaintiff is a Chapter 11 bankruptcy debtor, the bankruptcy court must first approve the term of settlement. The parties have asked the bankruptcy court to hold an expedited hearing to approve the term of settlement.

Accordingly, since this case is to be settled, it is no longer set for trial during the October term of court. All pretrial proceedings and deadlines are continued. If the bankruptcy court approves the settlement agreement, then the parties are to notify the Court and move to dismiss the case with prejudice. If the Court is not informed that the term of settlement has been approved by November 1, 2010, then the Court will contact the parties.

**SO ORDERED**, this the 27th day of September, 2010.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

lmc